IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TASHA SPEARS,<br><br>    Plaintiff,<br><br> v.<br><br>CARNEGIE MELLON UNIVERSITY POLICE,<br><br>    Defendant. | Case No.: 2:18-cv-00109-RCM<br><br>The Honorable Robert C. Mitchell<br><br>ELECTRONICALLY FILED |

## **DEFENDANT'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Carnegie Mellon University ("CMU"), incorrectly identified in the Complaint as Carnegie Mellon University Police, by and through its undersigned attorneys, hereby moves this Court for entry of an order dismissing the complaint in its entirety because it fails to state a claim upon which relief can be granted. The grounds for this motion are set forth in CMU's accompanying Memorandum of Law in Support, which is incorporated herein by reference.

WHEREFORE, Defendant Carnegie Mellon University respectfully requests that this Court dismiss the Complaint in its entirety with prejudice and enter judgment in its favor.

            Respectfully submitted,

            */s/ Richard L. Etter*
            Richard L. Etter (PA 92835)
            Kara S. Eaton (PA 206766)
            FROST BROWN TODD LLC
            501 Grant Street, Suite 800
            Pittsburgh, Pennsylvania 15219
            Telephone: (412) 513-4332/4325
            Fax: (412) 513-4299
            retter@fbtlaw.com
            keaton@fbtlaw.com

            *Counsel for Defendant Carnegie Mellon University*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing DEFENDANT'S MOTION TO DISMISS has been mailed via first class U.S. Mail, postage pre-paid, to the following:

>Ms. Tasha Spears
>7227 Travella Boulevard
>Pittsburgh, PA  15235
>*Pro Se Plaintiff*

>*/s/ Richard L. Etter*