IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TASHA SPEARS,<br><br>                Plaintiff,<br><br>   v.<br><br>CARNEGIE MELLON UNIVERSITY POLICE,<br><br>                Defendant. | Case No.: 2:18-cv-00109-RCM<br><br>The Honorable Robert C. Mitchell<br><br>ELECTRONICALLY FILED |

**<u>ORDER</u>**

AND NOW, this _____ day of _____ 2018, upon consideration of Defendant Carnegie Mellon University's Motion to Dismiss, and Plaintiff Tasha Spear's response in opposition thereto, it is HEREBY ORDERED AND DECREED that said Motion is GRANTED.  Plaintiff's claims against Carnegie Mellon University, incorrectly identified in the Complaint as Carnegie Mellon University Police, are hereby DISMISSED in their entirety WITH PREJUDICE.

 

_____
Robert C. Mitchell
United States District Judge