Civil Action 18-109                               Sept. 24, 2018

Tasha Spears vs. Carnegie Mellon Police

Response to Motion to Dismiss                    FILED

Magistrate Judge Robert C. Mitchell            SEP 24 2018
District Judge Nora Barry Fischer
                                          CLERK U.S. DISTRICT COURT
                                          WEST. DIST. OF PENNSYLVANIA

Claim: Spears was involved in an alteration on the Campus of CMU.
Spears was Assaulted from behind by a White Woman
in Carnegie Mellon University on Feb. 13, 2013.

claim: Spears Alleges that she contacted the University Police
that day.
Sandra Harris (412-335-0553 Cell phone) Allowed me to use
her phone when she Arrived At CMU on Feb. 13, 2013
after I was escorted & BANNED from the University.
If the Judges needed me to provide a witness, just ask!
She's been here All ALONG!

claim: Officer Helffich #07, answered the phone, Advised me
that he knew of the situation, refused to come help me,
AND Advised me that I would be ARRESTED IF I
remained on the property. He also stated to me to "GO
Somewhere Else to file my Report."
Now, IS this Procedure of an officer of the law?
Does he know me from some where? Did we EVER
Have Any RElations what so EVER?
Is this behavior EXceptable and for who?
Is he supposed to talk & treat me in this matter
the way he did?

Does the LAWS OF the Constitution Only Apply to ME & Not The DISRespectful officer who you Judges See Fit to be working as an officer of the LAW? Do I NOT HAVE Constitutional Rights as EVERYONE Else in this WorlD? OR is it exceptable to Discrimate against ME because of my ColoR? Because I am Black You Know?

Does this officer have the Right to CHOOSE who he decides to Help? OR is his job to Help Everyone, Regardless of the Color of a person's SKIN?

Do I have the Same Rights as anyone Else has when needing Help and asking for it from An law official of the Law that is in a position to UpHolD the LAW?

Remember Now, This officer (#07) is in a position to Know BETTER and He is Supposed to Do Better, AND yet He failed as a Matter of LAW! When I filed my Report in Squirrel Hill, The officer that GAVE me my report # ADVISED ME, that I Should have been filing At CMU, because the incident happened there, but he Still GAVE me a report #.

Is this officer wrong in what he said, or is it that he doesn't Know his job as well? Clearly, this procedure wasn't done properly & Clearly I can see that Officer(#07) didn't Know his job duties + didn't follow them as well.

claim: Mrs. Spears was charged with a summary criminal offense and was banned from the property of Carnegie Mellon University after the completion of community service.

Why was I charged? I was NEVER Guilty and if you Judges feel I was, why not pull the TAPES? Where are they? Make CMU Police officer (#07) pull the CAMERA TAPES, cause their should be Tapes NOW! Also, I have another witness, James Lu (he actually States) that I was assaulted from behind, so AGAIN, make a phone call + pull the tapes. Why is it CMU officer #07 + their Attorney's words GOLD, but mine isn't, when I have All THE PROOF YOU NEED?! But again, the Judges Apparently want trivolous statements, and obviously its OK to LIE if your the Police! Clearly there are EXCEPTIONS to the Rules of LAW!

claim: Community Service was given to me, by the Judge on the case at that present time, and for what Ever reason, if you Judges feel that the judge that gave me that NOT Guilty made an error, then Prove Him WRONG as well, because whether, he gave me that Answer or Not, Doesn't Define who I Am as a person, nor does it speak for my Character. No one Defines Tasha Spears but Tasha Spears, not, You, nor the Other Judge! I am

Case 2:18-cv-00109-NBF-RCM   Document 23   Filed 09/24/18   Page 4 of 9


who I am, and I will not Change for NO ONE!
I Remained the same Person they Hired in 2011, and
I remained the same in 2013 when they fired
me. I have Never Changed! And I won't!
The Person who assaulted me, remained on
their Property (Cmu's) even after she assaulted
me for a period of time. Why was I banned
and She wasn't, nor arrested or charged?
She is White! The Officer is white!
But Again, This is OK, Apparently,
I did 10 hrs of Community Service for what?!
I wasn't never A threat at the university.
The assaulter walked + she paid up as
well. So my question is, "Why didn't she do
any Jail time, or Community service, or pay
a fine for the assault?! She's Guilty!
But I'm still fighting! (But it's ok, the Judges
still don't see it!)
If I was as aggressive as these people are
trying to make me, I should have went
back into that University, and started A
whole War Over there, because
remember Now the Assault DiD
Happen, and remember now, No one
made sure I left on my own recodnence
So that's what Should have happened!
But AGAIN, Not my Character!

So I was in a NO WIN Situation, it seems because I Called the LAW! I didn't take the LAW Into my own HANDS! But again, you Judges don't see that because All you see is ONE SIDE! CMU'S SIDE!

Claim: The Defendant bears the burden of proving that the Plantiff has failed to State a claim, for Relief.

The Defendant failed to PROVE that I didn't state a claim, when IN fact, I Stated more than I Claim. Where's the Proof? All statements were facts! The letter states that the Court must accept all of the Complaints well-pleaded facts as True! So my question again is, "Where's the Proof that I lied, or that I'm lieing?"

Claim: The Courts then decide whether the facts alleged in the complaint are sufficiant to demostrate that the plaintiff has a plausible claim for Relief.

The Courts failed me because my Civil Rights were violated and there ARE Violations. The Courts Refuse to MAKE CMU Police except Responsibility for Not ~~responsibility~~ responding to me nor banning me because they had NO Right to do so! I worked there for 3yrs, ban me for what? You ban a person for breaking the rules, stealing, lieing, being disorderly, Not for doing My Job the same way I did it for the 3yrs I was there.

Someone else made a mistake and You (the Judges) want to hold me liable and not believe my statements but turn around and let the Assaulter GO. You also let CMU Police Officer (#07) walk on His Screwup! Now How about that?! He's WRONG and he should be made to Pay for what He did! Period! If it happened to Your Mother, sister, aunt, niece, or daughter for that matter, I'd bet you would see it more Clearly, but because CMU is your PREStige University see, so you don't want to see them wrong, but that's what they are exactly, WRONG!! And so I ask this to you Judges, "Do you Know the Law or are you Judges Unsure of the Law and How it is Supposed to Work? The Law doesn't change or BEND for 1 person, or 1 Corporation, It applies to EVERYone! Paul Helffrich (#07) broke the Law, I didn't. That IS A FACT. Why Do you Judges Refuse to see it? 2 Companies Righted their wrong, I was found Not Guilty, Because I was never Again, Guilty, The Agressor who Assaulted me PAID!, So, why doesn't CMU feel they shouldn't fail?! They Violated me, in every way. I'm not a Ghost, I was there, it happened, Paul Helffrich refused to help me, he banned me, told me to Go somewhere else, are You Judges SERIOUS??!

Claim: A complaint must show entitlement for relief, its facts must show entitlement. Fowler vs UPMc Shadyside

page 7

It is my Right, AND there are violations AND Yes, I suffered thru out this whole case Physically, financially, Emotionally, and mentally AND I stated that Already on All the paper work provided. Yes I had Lawyers back then, Not Now! Yes, I lost weight AND bleed for a whole month, but did you ask for Doctor's proof?! mentally I'm DRAINED, but I'm A fighter when I need to be, so NO I'm Not giving up on my case! AND my Emotions Are Running High As we speak so Yes ASK for Proof, you can get it! And Yaul, (the Judges) Are Adding to my stress level because yAll can't See clearly Apparantly.

Claim The (ACT) provides that injunctive relief shall Not be granted unless a declatory decree was violated or declaratory relief was unavailable. I was Violated Period.! The charges speak for themselves, AND whether the Judges feel that I didn't go to the Attorney General to file, It didn't show incompetence for sure, because It happened to ME! CMU had a part to Play, because they weren't gonna bring it to NOBODY, AND because I brought it to the Appropriate court, Doesn't make ME wrong! It's been in Court Y 9 months as we speak! It DIDN'T Happen to Human Relations either. It

happened to me! Its a violation for sure, but again, why should you tell me I had to go there when you can't even see there's a violation?! Again, one-sided views. So just because some people know the law, doesn't mean they will follow the law. So it definately applies in this case. I've learned throughout this case that the only thing we can agree on is the lady who ~~lied~~ on me was white, the RACIST COP is white, the judges are white, the lawyer is white & so is the paper. The only thing Black in this case is ME & the INK on these papers & your printed copies. So the ODDS are definately STACKED AGAINST ME. For sure! And most, important, A Lie will always NEED a witness, but the Truth will always STAND ALONE, So you see Judges, I'm still standing ALONE! I'm not trying to persuade you Judges, I am supposed to tell the truth, I just need you to see it for what it is.

The courts state my interpretation of the law does not excuse me because I didn't file with PHRA.

The time shouldn't be on me, It should be on them. And the fact that I brought it to the courts, speaks volumes because again they wasn't.

You See Judges, You wear a robe everyday,
but under that robe everyday, you wear A heart.
Doesn't Your Heart beat for the Truth?
If you were Violated by the Law, what would You DO?
Remember, You Never had to know About Human
Relations, You never had to go to the Attorney
General For Nothing In Your Life, so How would
You Know You had to go just to get Justice.
If You felt I had any truth in my letter,
You (Judges) wouldn't have sent me that I sided
/b.s. Letter. So there's really nothing left to
do but EXPOSE this case For what it is.
Descrimination at its Highest Level!
You Never said One thing About CM 4's Police
officer and what Laws He didn't follow,
but you sure made A point to tell me.
AGAIN my Knowledge of How to file a discrimination
charge is not a violation, but what He (Police
officer) Paul Hetrick (#07) did to me was!
And that's whats being Covered up! You, the
Judges don't have to Agree with me, But what
He did to me Wont go UN Noticed. I know
You Heard of STAND You GROUND, well NOW
I'm going to STAND my GROUND! Given if it
Means Loosing EVERYTHING!   Have A BLESSED Day.

         pro se      Tasha Spears