IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TASHA SPEARS, | ) | |
| Plaintiff, | ) | Civil Action No. 18-109 |
| | ) | |
| vs | ) | |
| | ) | Magistrate Judge Robert C. Mitchell/ |
| | ) | District Judge Nora Barry Fischer |
| CARNEGIE MELLON UNIVERSITY POLICE, | ) | |
| Defendant. | ) | |

O R D E R

AND NOW this 2nd day of October, 2018, after Plaintiff filed *pro se* a complaint (ECF No. 4) and after Defendant filed a motion to dismiss (ECF No. 8) and brief in support thereof (ECF No. 9), and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by Plaintiff (ECF No. 23), and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 20), which is adopted as the opinion of this Court,

IT IS ORDERED that Defendant's motion to dismiss is GRANTED and that the *pro se* complaint (ECF No. 4) is DISMISSED WITH PREJUDICE.

Finally, it is ORDERED that the Clerk shall mark this case as closed.

s/ Nora Barry Fischer
NORA BARRY FISCHER
United States District Judge

cc:

TASHA SPEARS
7227 Travella Boulevard
Pittsburgh, PA 15235